IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN TAYLOR | § | PLAINTIFF |
| | § | |
| | § | |
| v. | § | Civil No. 1:20cv319-HSO-RHWR |
| | § | |
| | § | |
| HARRISON COUNTY, MISSISSIPPI, | § | |
| HARRISON COUNTY TAX | § | |
| ASSESSOR PAULA LADNER, *and* | § | |
| PAULA LADNER INDIVIDUALLY | § | DEFENDANTS |

## FINAL JUDGMENT

This matter came on to be heard on Defendants Harrison County, Mississippi, Harrison County Tax Assessor Paula Ladner, and Paula Ladner Individually's Motion [34] for Summary Judgment. The Court, after a full review and consideration of the Motion [34], the record as a whole, and relevant legal authority, finds that in accord with its Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of March, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE